# RELEASE AGREEMENT

This Release Agreement (hereinafter the "Agreement") is made on this 2d day of April of by and between Global and Marketing Development, Inc. (hereinafter "Company") and Todd Lubar (hereinafter "Consultant").

## I. BENEFITS

In consideration of Consultant's agreement [1,500,000] to and performance of the terms and releases contained in the instant Agreement, Company will pay Consultant a payment in total amount of one million dollars ($1,000,000.00) in 6 monthly payments of $166,667.00 [250,000] starting on May 10, 2015 and payable on the 10th of the month each month thereafter. In addition Company will forgive Consultant's outstanding debt of $180,000.00 to the Company.

[handwritten: April 3, 2015]   [handwritten: Due on the 1st of that month no later than the 5th]   

## II. RELEASE

Consultant agrees to irrevocably and unconditionally release, acquit and forever discharge Company and/or its assigns, successors, parent corporation, subsidiaries, divisions, and predecessors, including its past, present and future officers, employees, directors, shareholders, partners, and joint venturers, and any claims made through same (hereinafter "Releasees"), in Releasees' corporate and/or individual capacities from any and all promises, actions, claims, liabilities and damages, both known and unknown, which Employee has or had against same relating to or arising from Consultant's relationship with the Company.

Consultant hereby warrants that he will not bring any legal action against any of the aforementioned Releasees for any claims released under this Agreement and further represents that no similar or related claims have been filed as of the effective date of this Agreement.

Consultant agrees to not make any comments or statements that would prove to be derogatory to Company or Company's business or financial arrangements to any customer, employee of the Company, business affiliate or any individual which has any relationship or potential relationship with the Company.

If Consultant breaches any of the aforementioned terms and releases, Consultant must return all benefits to Company and Consultant will be liable for any attorney's fees and costs spent on enforcing any aspect of this Agreement. All future payments will terminate immediately.

This Agreement shall be binding on the parties, their heirs, administrators, representatives, executors, successors and assigns and shall inure to their benefit and to that of their heirs, administrators, representatives, executors, successors, and assigns.

### III. TERMS

This Agreement constitutes the entire agreement between the parties as to the subject matter herein, supersedes any and all prior agreements and understandings, and sets forth both parties entire understanding of all relevant subject matter.

This Agreement shall not be amended, altered, modified, or waived without the express written consent of both parties.

Any delay by Company in enforcing any of its rights under this Agreement will not be deemed a waiver of those rights.

### IV. CONFIDENTIALITY

Consultant hereby agrees to return to Company any confidential materials, property, or company documents within Employee's possession, recognizing that failing to do so may subject Consultant to prosecution under relevant statutes.

Consultant agrees to keep the terms of this Agreement confidential and to only discuss Agreement specifics with his or her respective legal and financial counsel, recognizing that failing to do so will require relinquishment of all monies paid to Consultant under this Agreement.

### V. COMPANY LIABILITY

This Agreement shall not be construed as an admission of liability of any kind by Company. All associated liability is hereby specifically denied by Company.

### VI. ATTORNEYS' FEES

If judgment is required to enforce the contents of this Agreement or remedy a breach thereof, Employee will pay attorneys' fees of Company if his/her actions led to Company's need for legal counsel.

### VII. ASSIGNMENT PROHIBITED

Both Company and Employee are expressly prohibited from assigning this Agreement or any rights or interest flowing herefrom. Assignment shall only occur with the express written consent of both parties.

### VIII. ENTIRE AGREEMENT

This Agreement sets forth the entire agreement between the Consultant and Company and supersedes any and all prior oral or written agreements or understandings between



Employee and Company concerning the subject matter herein. This Agreement may not be altered, amended or modified, except by a further written document signed by both Employee and Company.

### IX. GOVERNING LAW AND CONSENT TO JURISDICTION

This Agreement shall be interpreted and enforced pursuant to the laws of the State of California without regard to conflicts of law principles. The parties agree to voluntarily consent to the jurisdiction of all federal and state courts in the State of California.

IN WITNESS THEREOF, the parties hereto execute this Agreement on this 2d day of April, 2015:

**COMPANY**

Global Marketing and Development, Inc.

_____
David Glenwinkel, President

**CONSULTANT**

_____
Todd Lubar