IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**Todd Lubar,**                                                *
**Michael Gabor**
**TDL Global Ventures, LLC, a Maryland** *
**Limited Liability Company** and
**Losany Enterprises, L.L.C, a Delaware**      *
**Limited Liability Company,**

        Plaintiffs                    *         **CASE NO. 15-CV-01738-GLR**

and
                                                      *

**David Glenwinkel**                                      *
**Global Marketing and Development, Inc.,**
**a Nevada Corporation** and                         *
**Craig Beling**
                                                      *
        Defendants
\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**STIPULATION FOR ENTRY OF JUDGMENT AND STIPULATION FOR ISSUANCE OF WRIT OF EXECUTION**

WHEREAS the parties to the above-action have entered into a settlement of the claims in dispute. Therefore, it is hereby stipulated by and between the parties, through their attorneys of record as follows:

(1) As part of the settlement, Defendant Global Marketing and Development hereby agree to the entry of judgment against it in the sum of $1,500,000; and

(2) Global Marketing and Development further stipulates to the Court's entry of a Writ of Execution as to any rights Global Marketing and Development has in monies that have been interplead in the case of Ace Business Solutions v. Global Marketing and Development, Inc., Case No. 3:15-CV-01464-MMA-NLS, filed in the United States District Court for the Southern District of San Diego, the form of Writ requested is submitted with this Stipulation.

1

Dated: __August 31__, 2016

_/s/ Gaurav Kalra_

Gaurav Bobby Kalra
Attorney at Law
1024 Iron Point Road, Suite 100
Folsom, CA 95630
Telephone: (916) 357-6777
Facsimile: (916) 404-4270
bobby@gbkattorney.com

Attorneys for Defendants
DAVID GLENWINKEL, GLOBAL MARKETING AND DEVELOPMENT, INC., RYAN AMIREBRAHIMI AND CRAID BELING

Dated: __9/2/__, 2016

_/s/ Jan A. Yoss_

Jan A. Yoss (Admitted *pro hac vice*)
YOUNESI & YOSS, LLP
11355 W. Olympic Blvd., Ste. 200
Los Angeles, CA 90064
jyoss@younesi.com
Tel. 310-478-5722
Fax 310-478-5650

Co-Counsel for Plaintiffs
TDL GLOBAL VENTURES, LLC, TODD LUBAR, LOSANY ENTERPRISES, LLC, AND MICHAEL GABOR

# PROOF OF SERVICE

STATE OF CALIFORNIA     )
                                                  )   ss.
COUNTY OF LOS ANGELES  )

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) and not a party to the within action; my business address is 11355 W. Olympic Blvd., Ste. 200, Los Angeles, CA 90064.

On September 2, 2016, I served the foregoing document described as **STIPULATION FOR ENTRY OF JUDGMENT AND STIPULATION FOR ISSUANCE OF WRIT OF EXECUTION** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows: **SEE ATTACHED SERVICE LIST**

[X]   **(BY MAIL: As indicated on the attached Service List)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[]   **(BY OVERNIGHT COURIER: As indicated on the attached Service List)** I caused the above referenced document(s) to be delivered to an overnight courier service, via **GOLDEN STATE**, for delivery to the address indicated on the attached Service List..

[ ]   **(BY EMAIL:** As indicated on the attached Service List) I caused such document to be sent via email to the addressee and received a confirmed report indicating that this document was successfully transmitted to the party named above.

[ ]   **(BY PERSONAL SERVICE)** I caused such envelopes to be personally delivered by DTI to the offices of the addressees.

[ ]   **(BY FACSIMILE TRANSMISSION)** I caused such document to be sent via facsimile to the addressee and received a confirmed transmission report indicating that this document was successfully transmitted to the party named above.

[x]   **(BY ELECTRONIC TRANSMISSION/COURT)** I transmitted a PDF version of this document by electronic mail to the party(s) identified on the service list using the e-mail address(es) and procedure provided pursuant to the Court's Electronic Filing Notification System.

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on September 2, 2016 at Los Angeles, California.

/s/
Amie Duvall

*THE UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF MARYLAND*

*Todd Lubar, et al v David Glenwinkel*

Case No. 15-CV-01738-GLR

SERVICE LIST

Gaurav Bobby Kalra, Esq.
Attorney At Law
1024 Iron Point Road, Suite 100
Folsom, California 95630
Telephone: (916) 357-6777
Facsimile: (916) 404-4270
bobby@gbkattorney.com

*Attorneys for Defendants*

Booth M. Ripke, Esq.
Nathans & Biddle, LLP
120 E. Baltimore St. #1800
Baltimore, MD 21202
Telephone: (410) 783-0272
Facsimile: (410) 783-0518
BRIPKE@nathanslaw.com

*Attorneys for Defendants*

2