# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Todd Lubar,  
Michael Gabor  
TDL Global Ventures, LLC, a Maryland  
Limited Liability Company and  
Losany Enterprises, L.L.C, a Delaware  
Limited Liability Company,

    Plaintiffs     *   **CASE NO. 15-CV-01738-GLR**

and

David Glenwinkel  
Global Marketing and Development, Inc.,  
a Nevada Corporation and  
Craig Beling

    Defendants

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JUDGMENT

Pursuant to stipulation of the parties, judgment is hereby entered against Defendant Global Marketing and Development, Inc., a Nevada Corporation and in favor of Plaintiffs collectively, in the sum of $1,500,000.

Dated: 9/9/16, 2016

_____  
George L. Russell III  
United States District Judge