IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Todd Lubar,                                    *
Michael Gabor
TDL Global Ventures, LLC, a Maryland           *
Limited Liability Company and
Losany Enterprises, L.L.C, a Delaware          *
Limited Liability Company,

          Plaintiffs           *   CASE NO. 15-CV-01738-GLR

and
                               *

David Glenwinkel                               *
Global Marketing and Development, Inc.,
a Nevada Corporation and                       *
Craig Beling
                               *

          Defendants
*   *   *   *   *   *   *   *   *   *   *   *   *   *

## STIPULATION FOR DISMISSAL OF CERTAIN DEFENDANTS

WHEREAS the parties to the above-action have entered into a settlement of the claims in dispute. Therefore, it is hereby stipulated by and between the parties, through their attorneys of record as follows:

(1) The Complaint and all causes of action therein shall be dismissed with prejudice as to Craig Beling and Ryan Amirebrahimi (aka Ryan Amir); and

(2) The Complaint and all causes of action therein shall be dismissed without prejudice as to David Glenwinkel.

Dated: __8-31__, 2016

                                                Gaurav Bobby Kalra
                                                Attorney at Law
                                                1024 Iron Point Road, Suite 100
                                                Folsom, CA 95630

APPROVED THIS __9th__ DAY OF __Sept__, 20__16__

GEORGE L. RUSSELL, III, U.S.D.J.

1